IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-03062-BNB

EDWARD EVEY,

    Plaintiff,

v.

UNKNOWN OFFICERS,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 18 2011

GREGORY C. LANGHAM
                    CLERK

## ORDER OF DISMISSAL

Plaintiff, Edward Evey, is a prisoner in the custody of the Federal Bureau of Prisons (BOP) who currently is incarcerated at the Federal Correctional Institution in Florence, Colorado. He initiated this action by filing a Complaint with the Court on December 16, 2010.

In an order filed on December 27, 2010, Magistrate Judge Boyd N. Boland ordered Mr. Evey to cure certain enumerated deficiencies in this case within thirty days. Specifically, Mr. Evey was directed to submit a Prisoner Complaint on the Court-approved form. Mr. Evey was also directed to file a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 on the Court-approved form and a certified copy of his prisoner's trust fund statement for the 6-month period immediately preceding the filing. He was informed that the § 1915 motion and affidavit was only necessary if the $350.00 filing fee was not paid in advance. The December 27, 2010, order warned Mr. Evey that if he failed to cure the designated deficiencies within the time allowed, the action would be dismissed without further notice.

Mr. Evey has not communicated with the Court since December 16, 2010. He has failed to file a Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 as directed by the December 27, 2010, Order, and the action will be dismissed for failure to cure the deficiencies. Accordingly, it is

ORDERED that the action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for the failure of Plaintiff, Edward Evey, to comply with the order to cure dated December 27, 2010.

DATED at Denver, Colorado, this 17th day of February, 2011.

BY THE COURT:

*Zita Leeson Weinshienk*
_____
ZITA LEESON WEINSHIENK
Senior Judge, United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 10-cv-03062-BNB

Edward Evey
Reg. No. 10585-112
USP – Florence
PO Box 7000
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER and JUDGMENT** to the above-named individuals on February 18, 2011.

                                              GREGORY C. LANGHAM, CLERK

By: _____
                                                Deputy Clerk